1  KEKER & VAN NEST LLP
   MICHAEL D. CELIO - # 197998
2  mcelio@kvn.com
   JO W. GOLUB - #246224
3  jgolub@kvn.com
   REID P. MULLEN - # 270671
4  rmullen@kvn.com
   CODY S. HARRIS - #255302
5  charris@kvn.com
   633 Battery Street
6  San Francisco, CA 94111-1809
   Telephone:     415 391 5400
7  Facsimile:     415 397 7188

8  Attorneys for Defendants INTUITIVE SURGICAL, INC.,
   LONNIE M. SMITH, GARY S. GUTHART, SALVATORE J.
9  BROGNA, AUGUSTO V. CASTELLO, JEROME J.
   McNAMARA, MARK J. MELTZER, MARSHALL L. MOHR,
10 COLIN MORALES, and DAVID J. ROSA

11                     UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13 | IN RE INTUITIVE SURGICAL          | Case No. 5:13-cv-01920 EJD
   | SECURITIES LITIGATION             |
14 |                                   | CLASS ACTION
15 |                                   | [PROPOSED] ORDER GRANTING
   |                                   | DEFENDANTS' ADMINISTRATIVE
16 |                                   | MOTION TO CONSIDER WHETHER
   |                                   | CASES SHOULD BE RELATED
17

[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER
WHETHER CASES SHOULD BE RELATED
Case No. 5:13-cv-01920 EJD

809070.01

1  Defendants Intuitive Surgical, Inc., Lonnie M. Smith, Gary S. Guthart, Salvatore J.
2  Brogna, Augusto V. Castello, Jerome J. McNamara, Mark J. Meltzer, Marshall L. Mohr, Colin
3  Morales, and David J. Rosa ("Defendants") have filed a stipulated motion to consider whether the
4  action entitled *City of Birmingham Relief and Retirement System v. Guthart et al*, Case No. 5:14-
5  cv-1307, currently pending before the Honorable Paul S. Grewal in this District, should be related
6  to the action pending before this Court, entitled *In Re Intuitive Surgical Securities Litigation*,
7  Case No. 15:13-CV-01920 EJD.  Having carefully considered the papers on this motion,
8  Defendants' motion is GRANTED.

9  The clerk is directed to reassign Case No. 5:14-cv-1307 to this Court, and to vacate all
10 pending dates before Judge Grewal.

11 **IT IS SO ORDERED.**

12 Dated: April 8, 2014

   _____
   Honorable Edward J. Davila
   JUDGE OF THE U.S. DISTRICT COURT

---

1

[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER
WHETHER CASES SHOULD BE RELATED
Case No. 5:13-cv-01920 EJD

809070.01