IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CITY OF BIRMINGHAM RELIEF AND RETIREMENT SYSTEM,<br><br>  Plaintiff(s),<br>  v.<br><br>GARY S. GUTHART, et. al.,<br><br>  Defendant(s). | CASE NO. 5:14-cv-01307 EJD<br><br>**ORDER DIRECTING CLERK TO CLOSE FILE** |

In light of the order consolidating this action into <u>In re Intuitive Surgical Shareholder Derivative Litigation</u>, Case No. 5:14-cv-00515-EJD, and considering all further filings are to be made within the consolidated action, the Clerk shall close this file.

**IT IS SO ORDERED.**

Dated: July 30, 2014

EDWARD J. DAVILA
United States District Judge

CASE NO. 5:14-cv-01307 EJD
ORDER DIRECTING CLERK TO CLOSE FILE